Case 11-18827    Doc 10    Filed 05/05/11    Entered 05/09/11 07:29:32    Desc Main
Document    Page 1 of 2

11-18827:6.0:Application to Proceed In Forma Pauperis:Main Document Entered: 5/2/2011 1:03:28 PM by:Nicole Holmes Page 4 of 4

B3B (Official Form 3B) (12/07) — Cont.

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Julie Kornick-Cooper__    Case No. __11B18827__
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __75.00__ on or before __5-18-11__

$ __75.00__ on or before __5-31-11__

$ __75.00__ on or before __6-11-11__

$ __74.00__ on or before __6-24-11__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT: __Jacqueline P. Cox__
J. Cox

DATE: __5-5-11__

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JULIE KORNICK-COOPER | ) | 11 B 18827 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

CERTIFICATE OF SERVICE

I, Shenitha Burton, Relief Courtroom Deputy to the Honorable Jacqueline P. Cox, certify that on **May 6, 2011,** I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee,** dated **May 5, 2011,** to be served to the parties listed below via First Class Mail as indicated by (**) and electronically served through the Court's CM/ECF system (where indicated).

*(Pro Se Debtor)*
Julie Kornick-Cooper (**)
4250 North Marine Drive, #703
Chicago, Illinois 60613

*(Trustee)*
Andrew J. Maxwell, ESQ
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, Illinois 60603
served electronically

*(U.S. Trustee)*
Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604
served electronically

Dated: May 6, 2011

_____
Shenitha Burton
Relief Courtroom Deputy